[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 7, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-11068
Non-Argument Calendar

_____

D. C. Docket No. 07-00171-CR-ORL-19KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NOEL RODRIGUEZ-CERVANTES,
a.k.a. Noel Delgado,
a.k.a. Atero Ramirez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 7, 2008)**

Before ANDERSON, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Clarence W. Counts, counsel for Noel Rodriguez-Cervantes, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rodriguez-Cervantes's conviction and sentence are **AFFIRMED**.